■ TOWN OF HORSEHEADS, Respondent, v ALFRED FIFE, II, et al., Appellants. [612 NYS2d 967] —Appeal from an order of the Supreme Court (Monserrate, J.), entered December 14, 1992 in Chemung County, which, *inter alia,* granted plaintiff's motion for a preliminary injunction.

Order affirmed, upon the opinion of Justice Patrick D. Monserrate.

Mikoll, J. P., Mercure, Yesawich Jr. and Peters, JJ., concur. Ordered that the order is affirmed, without costs.